IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00633-OES

JOSE GONZALEZ,

    Plaintiff,

v.

TONY CAROCHI,
P. A. ROBERTS,
DOCTOR MCLAUGHLIN, and
GLYNETTE SMITH,

    Defendants.

## ORDER DISMISSING CASE

This matter is before the Court on the motion to dismiss without prejudice that Plaintiff Jose Gonzalez submitted *pro se* and the Court filed on June 23, 2005. In the motion, Mr. Gonzalez informs the Court that he wants to dismiss his complaint voluntarily for failure to show exhaustion of the Colorado Department of Corrections' three-step administrative grievance procedure.

The Court must construe liberally the June 23, 2005, motion to dismiss without prejudice because Mr. Gonzalez has filed the motion on his own behalf. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the June 23 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to dismiss without prejudice that Plaintiff Jose Gonzalez submitted *pro se* and the Court filed on June 23, 2005, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 23, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of June , 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00633-OES

Jose Gonzalez
Reg. No. 108392
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on ___6-30-05___

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk